UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL GARRETT,

    Plaintiff,

                            CASE NO. 08-CV-12294
v.                       HONORABLE AVERN COHN

JOHN DOE, et al.,

    Defendants.
_____/

## ORDER DENYING PLAINTIFF'S APPLICATION
## FOR APPOINTMENT OF COUNSEL

Before the Court is Plaintiff's form application for appointment of counsel concerning his civil rights complaint brought pursuant to 42 U.S.C. § 1983. The Court, however, has already dismissed the complaint without prejudice for a filing deficiency and the failure to correct the deficiency in a timely manner. Accordingly, the Court **DENIES WITHOUT PREJUDICE** Plaintiff's application for appointment of counsel. Further pleadings should not be filed in this matter as this case is closed.

    **IT IS SO ORDERED**.


Dated: October 31, 2008         s/Avern Cohn
                                      AVERN COHN
                                      UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to Michael Garrett 580170, Kinross Correctional Facility, 16770 Watertower Drive, Kincheloe, MI 49788-1637 on this date, October 31, 2008, by electronic and/or ordinary mail.

                                      s/Julie Owens
                                      Case Manager, (313) 234-5160